IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02717-AP

RODNEY SMITH,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Teresa H. Abbott, #27192
Law Office of Teresa Abbott, P.C.
3515 S. Tamarac, Suite 200
Denver, CO 80237
303-757-5000
303-689-9627 (facsimile)
Abbott.teresa@gmail.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 80294
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

     **A.**     **Date Complaint Was Filed:  10/03/2013**

     **B.**     **Date Complaint Was Served on U.S. Attorney's Office:  10/30/2013**

     **C.**     **Date Answer and Administrative Record Were Filed: 01/15/2014**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

     **A.**    **Plaintiff's Opening Brief Due:  03/17/2014**

     **B.**    **Defendant's Response Brief Due:  04/16/2014**

     **C.**    **Plaintiff's Reply Brief (If Any) Due:  05/01/2014**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**     **(  )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**     **( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 5th day of February, 2014.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

                                                John F. Walsh
                                                United States Attorney

s/ *Teresa H. Abbott*                            **By:** s/ *Alexess Rea*
Teresa H. Abbott #27192                       Alexess Rea
Law Office of Teresa Abbott, P.C.         Special Assistant U.S. Attorney
3515 S. Tamarac, Suite 200                 1961 Stout Street, Suite 4169
Denver, CO 80237                              Denver, CO 80202
303-757-5000                                    303-844-7101
303-689-9627 (facsimile)                    303-844-0770 (facsimile)
Abbott.teresa@gmail.com                    Alexess.rea@ssa.gov

Attorney for Plaintiff                              Attorneys for Defendant